**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)　　CRIMINAL NO. _12-CR30046 GPM_
　　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　)　　Title 21, United States Code,
　　　　　　　　　　　　　　　　　　)　　Section 856(a)(1) & (b);
　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　Title 21, United Sates Code,
　　　　　　　　　　　　　　　　　　)　　Section 841(a)(1) & (b)(1)(C)
　　　　　　　　　　　　　　　　　　)
JACOB D. NELSON,　　　　　　　　　)　　Title 18, United States Code,
　　　　　　　　　　　　　　　　　　)　　Section 922(g)(3) & 924(a)(2)
　　　　　　　　　Defendant.　　　　　)

FILED
FEB 07 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

**Maintaining Drug-Involved Premises**

From on or about July 4, 2010, to July 8, 2011, in St. Clair County, within the Southern

District of Illinois,

**JACOB D. NELSON,**

defendant herein, did knowingly use and maintain the residence at 122 North Third Street, Dupo,

Illinois, for the purpose of unlawfully manufacturing, distributing, and using controlled

substances; all in violation of Title 21, United States Code, Sections 856(a)(1) and (b).

## COUNT 2

**Distribution of a Controlled Substance**

On or about July 8, 2011, in St. Clair County, within the Southern District of Illinois,

**JACOB D. NELSON,**

defendant herein, did knowingly and intentionally distribute, at 122 North Third Street, Dupo, Illinois, a controlled substance, *to wit*: heroin, a Schedule I controlled substance, to Jeremy M. Moskodauz.

The Grand Jury further charges that Jeremy M. Moskodauz died as a result of the use of the heroin, a Schedule I controlled substance, which Defendant Jacob D. Nelson had distributed to him; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

### Unlawful Possession of a Firearm by a User of Controlled Substances

From on or about July 4, 2010 to July 12, 2011, in St. Clair County, within the Southern District of Illinois,

### JACOB D. NELSON,

defendant herein, then being an unlawful user of controlled substances, as "controlled substance" is defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting interstate commerce, a firearm, *to wit*: a Norinco MAK-90 rifle, bearing serial number 9468599; all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 4

### Unlawful Possession of a Firearm by a User of Controlled Substances

From on or about June 24, 2011 until July 12, 2011, in St. Clair County within the Southern District of Illinois,

### JACOB D. NELSON,

defendant herein, then being an unlawful user of controlled substances, as "controlled substance" is defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting

2

interstate commerce, a firearm, *to wit*: a Springfield Armory XDM-9 9mm handgun, bearing serial number MG 808431; all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Forfeiture Allegation

Upon conviction of the offenses alleged in Counts 3 and 4 of this Indictment, defendant **JACOB D. NELSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offense, including but not limited to the following: **One Norinco MAK-90 rifle, bearing serial number 9468599, and any and all ammunition contained within or seized with the rifle; and one Springfield Armory XDM-9 9mm handgun, bearing serial number MG 808431, and any and all ammunition contained within or seized with the handgun.**

A TRUE BILL

FOREPERSON

ROBERT L. GARRISON
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond:   Detention

3