IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 12-CR-30046-GPM |
| | ) |
| JACOB NELSON, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF EXPERT WITNESSES</u>**

The United States of America, by and through Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, Robert L. Garrison, Assistant United States Attorney, and Matthew H. Brooks, Special Assistant United States Attorney, hereby gives notice to the defense of its intent to call expert witnesses in its case-in-chief at trial. The witnesses names, opinions, the basis and the reasons therefor, and the witnesses' qualifications are set forth as follows:

1.    Brian Stevenson

Brian A. Stevenson is expected to testify to the composition of the controlled substances in exhibits that were seized during a search of Defendant's residence. Brian A. Stevenson's years of experience and training as a chemist serve as the bases for his opinion. Mr. Stevenson's qualifications are set forth in Exhibit 1 attached hereto and incorporated by reference.

2. In the event it becomes necessary for the Government to call additional expert witnesses, an additional notice will be sent.

                Respectfully submitted,

                STEPHEN R. WIGGINTON
                United States Attorney

                *s/ Robert L. Garrison*
                ROBERT L. GARRISON
                Assistant United States Attorney
                Nine Executive Drive
                Fairview Heights, IL 62208
                Phone: 618-628-3700
                Fax: 618-628-3772
                E-Mail: Robert.L.Garrison@usdoj.gov

N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 12-CR-30046-GPM |
| | ) |
| JACOB NELSON, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, I caused to be electronically filed Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

John Stobbs, II
Thomas Q. Keefe, III

    Respectfully submitted,

    STEPHEN R. WIGGINTON
    United States Attorney


    *s/ Robert L. Garrison*
    ROBERT L. GARRISON
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    (618) 628-3700
    Fax:  (618) 628-3720
    E-mail: Robert.L.Garrison@usdoj.gov